

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00018-CV

Jack and Beverly **RANDALL**,
Appellants

v.

**STATE FARM LLOYDS**, Cannon Perdue, and JP Segura,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 24-17706
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED WITH PREJUDICE

Appellants Jack and Beverly Randall have filed a motion to dismiss this appeal with prejudice, indicating that they have resolved all issues forming the basis of this appeal. The motion is granted, and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Because there is no indication of an agreement to the contrary, costs are taxed against appellants. *See id*. R. 42.1(d).

PER CURIAM